**DISMISS and Opinion Filed August 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00352-CV**

**PATRICIA TOLLESON, Appellant**
**V.**
**KAREN LISS LARA ARGUETA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04904-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

After appellant failed to timely file her brief, we directed appellant by postcard dated July 7, 2022 to file her brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


         /Robert D. Burns, III/
         ROBERT D. BURNS, III
         CHIEF JUSTICE


220352F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

PATRICIA TOLLESON, Appellant

No. 05-22-00352-CV V.

KAREN LISS LARA ARGUETA, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-21-04904-B.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 2, 2022